UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO MORAN VALENCIA,<br><br>Plaintiff,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., et al.,<br><br>Defendants. | Case No.  14-cv-05537-JST<br><br>**SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | 4/10/15 |
| Mediation deadline | 6/17/15 |
| Fact discovery cut-off | 11/13/15 |
| Expert disclosures | 3/1/16 |
| Expert rebuttal | 3/15/16 |
| Expert discovery cut-off | 4/8/16 |
| Deadline to file dispositive motions | 01/29/16 |
| Pretrial conference statement due | 04/12/16 |
| Pretrial conference | 4/22/16 at 2:00 p.m. |
| Trial | 5/16/16 at 8:30 a.m. |

| Event | Deadline |
|---|---|
| Estimate of trial length (in days) | Seven |

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

The Case Management Conference scheduled for April 8, 2015 is VACATED.

IT IS SO ORDERED.

Dated:  April 6, 2015



_____
JON S. TIGAR
United States District Judge